IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**UNITED STATES OF AMERICA**

**CAUSE NO. A-12CR-00210SS**

Vs.

**JOSE TREVINO-MORALES (3)**
**ZULEMA TREVINO (4)**
**CARLOS MIGUEL NAYEN BORBOLLA (5)**
**FRANCISCO ANTONIO COLORADO CESSA (6)**
**FERNANDO SOLIS GARCIA (7)**
**ADAN FARIAS (10)**
**EUESVIO MALDONADO HUITRON (11)**
**FELIPE AJEJANDRO QUINTERO (13)**
**RAUL RAMIREZ (14)**

## MOTION NOT TO APPEAR FOR STATUS CONFERENCE

A Status Conference is schedule for September 27th , 2012 , at 9:00 a.m.. The purpose is to rule on motions , including several motions for continuance of the trial. The undersigned has no wish to continue the trial and has no intention to file any motions. If the trial date has changed for any reason I am available for any trial date set by this court.

WHEREFORE, I would ask that I be exempted from attending the Status Conference hearing on September 27th, 2012.

Respectfully Submitted,

Robert R. Harris
Attorney for the Defendant
Raul Ramirez (14)
521 Texas Ave.
El Paso Texas 79901
(915) 545-1657
FAX: (915) 533-6312
rharris1100@yahoo.com
BAR NUMBER: 09090500

**CERTIFICATE OF SERVICE**

I, ROBERT R. HARRIS, hereby certify that a true and correct copy of the Foregoing Motion Not To Appear at The Status Conference using the cm/ecf system.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

CAUSE NO. A-12CR-210SS(14)

Vs.

RAUL RAMIREZ

## ORDER

**TO THE HONORABLE JUDGE OF SAID COURT:**

On this the _____ day, of _____, 2012, came to be heard Attorney's Motion Not to Appear for Status Conference and it appearing to the Court that said Motion should be therefore GRANTED / DENIED.

SIGNED and ENTERED this _____ day of _____, 2012.

_____
JUDGE PRESIDING